1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                    EASTERN DISTRICT OF CALIFORNIA

10

11    PAUL CARLOS  GARCIA,                              1:13-cv-448-SKO  (HC)

12              Petitioner,
                                                       ORDER DENYING MOTION FOR
13         vs.                                         APPOINTMENT OF COUNSEL

14    TIM VIRGA,
                                                       (DOCUMENT #21)
15              Respondent.

16    _____/

17         Petitioner has requested the appointment of counsel.  There currently exists no

18    absolute right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze,

19    258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).

20    However, 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of

21    the case if "the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254

22    Cases.  In the present case, in view of the number and nature of issues, the Court does not find

23    that the interests of justice require the appointment of counsel at the present time.  Accordingly,

24    IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel is denied.

25    IT IS SO ORDERED.

26    **Dated:    June 24, 2013**                    /s/ Sheila K. Oberto
                                                     UNITED STATES MAGISTRATE JUDGE
27

28