UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CARLOS GARCIA,<br><br>            Petitioner,<br><br>     v.<br><br>TIM VIRGA, Warden,<br><br>            Respondent. | No.  1:13-cv-00448-SKO  HC<br><br>**ORDER DENYING PETITIONER'S MOTION FOR RULING ON PETITION**<br><br>**(Doc. 29)** |

Petitioner, a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, moves for a ruling on his petition.[1]  Respondent has not filed opposition or consent.

A court has inherent power to control its docket and the disposition of cases with economy of time and effort for both the court and the parties. *Landis v. North American Co.*, 299 U.S. 248, 251-55 (1936); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).  Because of the large volume of habeas petitions and limited Court resources, the petition in this case will be addressed in due course.

Accordingly, Petitioner's motion for ruling on his petition is hereby DENIED.

IT IS SO ORDERED.

Dated:   **January 5, 2016**                              **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to 28 U.S.C. § 636(c)(1), both parties consented, in writing, to the jurisdiction of a United States Magistrate Judge to conduct all further proceedings in this case, including the entry of final judgment.

1