# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CARLOS GARCIA,<br><br>Petitioner,<br><br>v.<br><br>TIM VIRGA, Warden CSPS,<br><br>Respondent. | Case No. 1:13-cv-00448-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

"If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody." Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner has advised the Court that he is presently incarcerated in the California Substance Abuse Treatment Center, Corcoran, California. As a result, Tim Virga, the former warden of California State Prison, Sacramento, California, no longer has custody of Petitioner. Stu Sherman, Warden of the California Substance Abuse Treatment Facility now has custody of Petitioner.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Stu Sherman, Warden, California Substance Abuse Treatment Facility, as Respondent.

IT IS SO ORDERED.

Dated:   **January 21, 2016**              **/s/ Sheila K. Oberto**
                                                                        UNITED STATES MAGISTRATE JUDGE